UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO 06-12450 |
| | | CHAPTER 13 |
| SHANDIN C. DAVIS | | |
| ERIN M. DAVIS | : | JUDGE BURTON PERLMAN |
| DEBTORS | | |
| | : | NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS |

    Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

    The Trustee has made numerous attempts to contact the creditor. Certification of Final Payment has been filed in this case. These Funds are now unclaimed.

<u>Check No.</u>　　　　　　　　<u>Amount</u>
 916824　　　　　　　　　$91.99

<u>Creditor(s)</u>
Health Alliance
Attn: Nikki Montgomery - P48
Patient Financial Services
3200 Burnet Avneue
Cincinnati, Ohio 45236

                      Respectfully submitted,

/s/  <u>Margaret A. Burks, Esq.</u>
     Margaret A. Burks, Esq.
     Chapter 13 Trustee
     Attorney No. OH 0030377

     Francis J. DiCesare, Esq.
     Staff Attorney
     Attorney No. OH 0038798

     Karolina F. Perr, Esq.
     Staff Attorney
     Attorney No. OH 0066193

     600 Vine Street, Suite 2200
     Cincinnati, OH 45202
     (513) 621-4488
     (513) 621 2643 (Facsimile)
     mburks@cinn13.org - Correspondence only
     fdicesare@cinn13.org
     kperr@cinn13.org

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, May 14, 2010.

/s/    Margaret A. Burks, Esq.
      Margaret A. Burks, Esq.

Health Alliance
Attn: Nikki Montgomery - P48
Patient Financial Services
3200 Burnet Avneue
Cincinnati, Ohio 45236

Debtor(s) Counsel
DEARFIELD, KRUER & CO., LLC
8080 BECKETT CENTER DRIVE
SUITE 217
WEST CHESTER,, OH  45069

Debtor(s)
SHANDIN C. DAVIS
ERIN M. DAVIS
9714 BROWER ROAD
NORTH BEND, OH  45052

U.S. TRUSTEE
36 EAST SEVENTH STREET, SUITE 2030
CINCINNATI, OHIO 45202
 (service waived)

The University Hospital
234 Goodman
Cincinnati, Ohio 45267